Nathaniel M. **ADDERLEY, Sr.,**
Plaintiff–Appellant,

v.

**COUNTRYWIDE; Countrywide Home Loans; Countrywide N.A.; Countrywide Servicing, LP; Countrywide Tax Service Corporation; Bank of America Corporation; Bank of America NA; Bank of America NA, individually and as successor by merger to Bac Home Loans Servicing LP; Bank of America Home Loans Serv, Countrywide Legacy Employers; SPS Select Portfolio Servicing Inc.; Bac Home Loans Servicing LP; Bank of America Home Loans, LP; Bank of America Home Loans Servicing LP, Defendants–Appellees.**

**No. 15–1415.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2015.

Decided: Aug. 24, 2015.

Nathaniel M. Adderley, Sr., Appellant Pro Se.

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel M. Adderley, Sr., appeals the district court's order accepting the recom-

mendation of the magistrate judge and dismissing his complaint without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Adderley v. Countrywide Mortg.*, No. 3:14–cv–04893–TLW (D.S.C. Apr. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*